UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON J. CAMPOS,

              Plaintiff,

    v.

KILOLO KIJAKAZI, Commissioner of Social Security,

              Defendant.

Case No.  1:23-cv-00940-BAM

**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**

(Doc. 2)

      Pending before the Court is Plaintiff Aaron J. Campos's ("Plaintiff") application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. 2.)  Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED as follows:

    1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED;

    2.  The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;

    3.  The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

    Dated:  __**June 27, 2023**__            __/s/ Barbara A. McAuliffe__

                                         UNITED STATES MAGISTRATE JUDGE