DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON J CAMPOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:23-cv-00940-NODJ-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 21-day extension of time, from December 26, 2023 to January 16, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs

1

being due on the same week. For the weeks of December 25, 2023 and January 1, 2024, Counsel has three merit briefs and four Reply briefs due. Counsel is also requesting additional time due to the upcoming Holidays. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                Respectfully submitted,

Dated: December 22, 2023   PENA & BROMBERG, ATTORNEYS AT LAW

            By: */s/ Dolly M. Trompeter*
              DOLLY M. TROMPETER
              Attorneys for Plaintiff

Dated: December 22, 2023   PHILLIP A. TALBERT
              United States Attorney
              MATTHEW W. PILE
              Associate General Counsel
              Office of Program Litigation, Office 7

            By: *\*/s/ Edmund J. Darcher*
              Edmund J. Darcher
              Special Assistant United States Attorney
              Attorneys for Defendant
              (*As authorized by email on December 22, 2023)

## **ORDER**

Pursuant to stipulation, and cause appearing, the deadline for Plaintiff to file a reply brief is HEREBY EXTENDED to January 16, 2024.

IT IS SO ORDERED.

Dated: **December 26, 2023**           /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE