UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aaron Joseph Campos, | Case No. 1:23-cv-00940-KJM-BAM |
| Plaintiff, | **ORDER** |
| v. | |
| ACTING COMMISIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (the "Stipulation"),

**IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($7,500.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

This resolves ECF No. 29.

IT IS SO ORDERED.

DATE:  January 30, 2025.

_____
UNITED STATES DISTRICT JUDGE